

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00590-CR

Kevin Michael **MCGRUDER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2016-DCR-0628
Honorable Robert Hofmann, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is GRANTED. The Appellant's brief is due on February 6, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court